IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BART RUSSELL,

            Plaintiff,

    v.

ELI LILLY AND COMPANY,

            Defendant.

NO. C06-1025 TEH

ORDER VACATING CASE MANAGEMENT CONFERENCE

The Court is in receipt of a letter, dated May 17, 2006, from the Judicial Panel on Multidistrict Litigation ("JPML"), stating that no opposition to the JPML's conditional transfer order was received during the allowable 15-day period in this case and that, therefore, the case will soon be transferred to the Eastern District of New York as part of MDL-1596, *In re Zyprexa Products Liability Litigation*. Accordingly, with good cause appearing, the June 19, 2006 case management conference is hereby VACATED.

**IT IS SO ORDERED.**

Dated:  06/06/06

                              THELTON E. HENDERSON, JUDGE
                              UNITED STATES DISTRICT COURT